**M. R. COGGIN and A. DEERMONT, co-partners doing business as COGGIN and DEERMONT, v. VELMA MORRIS.**

8 So. (2nd) 11                    Division B

May 12, 1942

Merritt & Brown, and James N. Daniels, for plaintiff in error.

Paul Carter and B. L. Solomon, for defendant in error.

PER CURIAM:

The final judgment entered in this case is reversed on the authority of M. R. Coggin and A. Deermont, co-partners doing business as Coggin & Deermont v. Barfield, opinion in which was filed this day.

BROWN, C. J., TERRELL, CHAPMAN, and THOMAS, J. J., concur.